From: The District Court of the Fourth Judicial District. County of Lake. STATE OF MONTANA, Plaintiff, vs. GORDON COE, Defendant.

### DECISION

No. Cr 1082

The application of the above-named defendant for a review of the sentence of 2 counts 5 years consecutively and 20 years on 3 counts concurrently with 10 years suspended for Aggravated Assault — 2 counts and Sale of Dangerous Drugs — 3 counts imposed on May 26th, 1976 was fully heard and after a careful consideration of the entire matter it is decided that:

The sentences be and remain as originally imposed.

We wish to thank E. Craig Daue, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

### SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Eighteenth Judicial District. County of Gallatin. STATE OF MONTANA, Plaintiff, vs. LOUIS TONY CHRISTENSEN, Defendant.

### DECISION

No. 2350 A

The application of the above-named defendant for a review of the sentence of 20, 20, 10 concurrent for 2 counts Robbery and 1 count Burglary First Degree imposed on January 30th, 1973 was fully heard and after a careful consideration of the entire matter it is decided that:

On Aril 24, 1975, this Division suspended the balance of said sentences of defendant providing he enter into the Drug Rehabilitation Program in Salt Lake City, Utah. This decision was based upon the admittance from the defendant that he was a severe drug addict. He was admitted to the hospital in August 1975 and left the program after only a two month period. It appears to this Division that the defendant did not fulfill the requirements of this Division in their decision of April 24th, 1975. It is therefore ordered that the Decision dated April 24th, 1975 is hereby revoked and defendant is returned to the original order of the court dated January 30th, 1973 in Gallatin County by the Honorable W. W. Lessley. It is further ordered that defendant only be credited with the time served in the hospital in Utah.

We wish to thank Robert J. Waller, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

### SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Fifth Judicial District. County of Jefferson. STATE OF MONTANA, Plaintiff, vs. RONALD K. JESSOP, Defendant.

### DECISION

No. 776

The application of the above-named defendant for a review of the sentence of 1 year on 2 counts concurrent for 2 counts Sale of Dangerous Drugs imposed on July 27th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

12

The sentences be and remain as originally imposed. Now, therefore, it is further ordered that the execution of said sentence be suspended and the defendant placed on probation until 10-14-77. During said period of probation, defendant shall be under the supervision of Montana Adult Probation and Parole. Defendant shall report immediately, upon receipt of this order, to the Adult Probation and Parole Office in Helena, Montana. Address: 1539 11th Avenue, for further instructions. Failure to do so will be a violation of the orders of this Division.

We wish to thank David S. Paull, Attorney at Law, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. CHARLES BOWERS, Defendant.

DECISION

No. 9839

The application of the above-named defendant for a review of the sentence of ten (10) years for Aggravated Assault and Theft imposed on March 24th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank John Farmer, Montana Defender Project, for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. DAVID A. CARLSON, Defendant.

DECISION

No. 9792

The application of the above-named defendant for a review of the sentence of ten (10) years for Burglary imposed on April 5th, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Douglas B. Olson, Montana Defender Project for his assistance to the defendant and to this court.

DATED this 29th day of October, 1976.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert J. Boyd.